**CHEE MARKHAM KATO & KIM**
Attorneys At Law
**GREGORY K. MARKHAM**          3453-0
**ANTHONY L. WONG**              6018-0
2700 American Savings Bank Tower
1001 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 523-0111
Facsimile:  (808) 523-0115

Attorneys for Defendant
ASSOCIATION OF APARTMENT
OWNERS OF WAIPOULI BEACH
RESORT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SHARILYN HANSON,<br><br>  Plaintiff,<br><br>  vs.<br><br>ASSOCIATION OF APARTMENT OWNERS OF WAIPOULI BEACH RESORT, through its Board of Directors, a Hawaii Association,<br><br>  Defendant. | Civil No. 18-00052 JAO-KJM<br>(Other Personal Injury Tort)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES**<br><br><br>Trial Date:  September 14, 2020<br>Judge:  Honorable Jill A. Otake |

**STIPULATION FOR DISMISSAL WITH
<u>PREJUDICE OF ALL CLAIMS AND ALL PARTIES</u>**

IT IS HEREBY STIPULATED by and between all of the parties who have

appeared herein, by and through their respective counsel, that this action is hereby

dismissed with prejudice as to all claims and all parties as follows:

Pursuant to Rule 41(a)(1)(B) of the Federal Rules of Civil Procedure, the Complaint [CM ECF Doc. 1] filed herein, and claims for relief set forth therein be and are hereby dismissed with prejudice.

Each party to this stipulation shall bear their own attorneys' fees and costs. This stipulation is intended to dismiss with prejudice all claims and parties in the case, and there are no remaining parties, claims, or issues.

Trial was set for September 14, 2020.

This Stipulation is made pursuant to Rule 41(a)(l)(A)(ii) of the Federal Rules of Civil Procedure and Rule 41.1 of the Local Rules of Practice for the United States District Court for the District of Hawaii. And has been signed by all parties who have made an appearance in this action.

DATED:  Honolulu, Hawaii, <u>July 13, 2020</u>.

<i>/S/ Harvey M. Demetrakopoulos</i><br>
HARVEY M. DEMETRAKOPOULOS<br>
Attorney for Plaintiff<br>
SHARILYN HANSON

DATED: Honolulu, Hawaii, <u>July 13, 2020</u>.

                                                         */S/ Gregory K. Markham*
                                                         GREGORY K. MARKHAM
                                                         KEITH K. KATO
                                                         DEREK J. BROW
                                                         ANTHONY L. WONG
                                                         Attorneys for Defendant
                                                         ASSOCIATION OF APARTMENT
                                                        OWNERS OF WAIPOULI BEACH
                                                        RESORT

APPROVED AS TO FORM:

Jill A. Otake
United States District Judge

*Sharilyn Hanson v. Association of Apartment Owners of Waipouli Beach Resort*; Civil No. 18-00052 JAO-KJM; *Stipulation for Dismissal with Prejudice of All Claims and All Parties*